DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SOPHIA PERIALAS,**
Appellant,

v.

**CLELL WARRINER, IV,**
Appellee.

No. 4D2024-2500

[December 11, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Sherman, Judge; L.T. Case No. 502022CA007340XXX.

Jonathan Mann and Robin Bresky of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for appellant.

Joseph J. Huss and George N. Andrews of KHL Law, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***